J. R. Tomlinson, Appellant, v. Mrs. J. Epps Gallaway, Appellee.

Filed May 31, 1916.

Appeal from Circuit Court, Columbia County; M. F. Horne, Judge.

Orders affirmed.

*J. B. Hodges,* for Appellant;

*Cone & Chapman* and *L. H. Trible,* for Appellee.

---

R. T. Gardner, Fannie M. Gardner and Arthur H. Bourley, Appellants, v. Jennie Gardner Martin, O. E. Martin, Sally Gardner Perry and Hubert P. Perry, Appellees.

Filed May 31, 1916.

Appeal from Circuit Court, Lake County; W. S. Bullock, Judge.

Orders affirmed.

*J. B. Gaines* and *Hooker & Martin,* for Appellants;

*H. M. Hampton,* for Appellees.